# Exhibit 2

Declaration of H.W.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| H.W., a minor, by and through her parent and next friend Phil Wells,<br><br>    Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>    Defendants. | Case No. _____<br><br>**DECLARATION OF** ▓▓▓▓▓▓▓▓ |

I, ▓▓▓▓▓▓▓▓ herein after "H.W." hereby declare:

1. I am a minor.

2. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

3. I am the Plaintiff in the above-captioned matter.

4. I am a student at Brewer High School.

5. I support full civil rights, civil liberties, and equal treatment for all persons, whatever their gender identity.

6. I do not tolerate bullying anyone on the basis of sexual identity nor sexual orientation.

7. I have safety and privacy concerns when it comes to private spaces and the fact that some people take advantage of openness in the form of permissive bathroom policies in order to sexually assault girls.

8. I am aware of the lawsuit involving a 2021 instance in Loudon County, Virginia, at Stone Bridge Hight School, in which a biological male posed as a female in order to sexually assault a girl.

9. I was made aware that H.D. had started using the girls' bathroom at my school.

10. H.D. has a documented history of sexual assault at Brewer.

11. I know the girl who claims that H.D. assaulted her. I find her credible. She recounted the story to me, in writing. I am not identifying her at this time, as I wish to protect her privacy, but if she chooses to come forward, or there is an appropriate protective order in place, protecting her privacy, I will provide this information to the court under seal.

12. I, along with another student, C.G., drafted a petition to try to convince Brewer High School and Principal Brent Slowikowski to change school policy to address my concerns.

13. We distributed this petition to other students, and many students signed it.

14. Support for the petition spanned across genders, gender identities, and multiple belief systems. The diversity of the body of students supporting it was so broad and representative that even H.D. *themself* asked to sign the petition.

15. I, nor other students to my understanding, believe H.D. was troubled by, offended by, angered by, or hurt by the petition, as HD asked to sign the petition.

16. H.D. expressed delight at the petition.

17. Trans-supremacists sent rape threats to a student who signed the petition, to put them in fear of their well-being and safety. I, while supporting equality, do not support trans-supremacy. *See* **Exhibit A**.

18. Brewer High School teacher, Michelle MacDonald, learned of the petition and informed C.G. that she would have us both charged with hate crimes if we continued to let students

sign the petition.

19. The Brewer High School Principal, Brent Slowikowski and Assistant Principal, Fred Lower, pulled me and another student, C.G., into a meeting, where they told us that the petition was "hate speech."

20. They also told us that the petition was like "supporting racial segregation."

21. During that meeting, I was led to believe that me and C.G. would be prosecuted, criminally, for a "hate crime" or sued by the school, and disciplined by the school if we continued to circulate the petition.

22. Myself and C.G. were intimidated by these threats of legal action and school discipline.

23. We immediately ceased promoting the petition, and immediately went silent on any viewpoint that could be seen as challenging the trans-supremacist viewpoint that the school officials seem to have.

24. I desire to continue our petitioning activity, but fear doing so.

25. Myself and my father attended a second meeting with Superintendent Gregg Palmer and Brewer High School Principal Brent Slowikowski.

26. At that meeting, Superintendent Palmer and Principal Slowikowski reiterated the Brewer School Department would not permit nor tolerate the petition being circulated.

27. Superintendent Palmer and Principal Slowikowski implied that there would be adverse action taken.

28. I left that second meeting in fear of criminal prosecution, civil prosecution, or school discipline, or a combination of all three if I continued to circulate our petition.

29. Superintendent Gregg Palmer and Brewer High School Principal Brent

- 3 -
Declaration of ███████

Slowikowski again stated that the petition constituted "hate speech" and could be a "hate crime."

30. While I desire to continue circulating the petition, I don't know how to do so without facing prosecution or other punishment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02 / 28 / 2024      By: 

- 4 -
Declaration of

Doc ID: 119acfb42803332b192b7a9251fc3b799185e445

# **<u>Exhibit A</u>**

## Threats

Doc ID: 119acfb42803332b192b7a9251fc3b799185e445



Doc ID: 119acfb42803332b192b7a9251fc3b799185e445

> ope you feel even more uncomfortable going to the bathroom after multiple people come at you for discriminating her.
> And saying she needs to seek mental help and shit is so unbelievably wrong of you.

9:09 PM

"▇▇ the pothead" id appreciate you not threatening me, thats not very kind of you, i spoke about what i felt needed to be said and did nothing wrong. you can go ahead and spew whatever hatered you want. that man shouldn't be allowed in women's spaces. he's been accused of molesting REAL girls, thats a REAL issue. not him being "misgendered". he's invading a female space and a million different girls privacy.

9:09 PM

SHE IS A GIRL
SHE IDENTIFIES AS A WOMEN

fc3b799185e445