# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| H.W., a minor, by and through her parent and next friend Phil Wells,<br><br>      Plaintiff,<br><br>    v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>      Defendants. | Case No. 1:24-cv-00062-LEW<br><br>**NOTICE OF RELATED CASE** |

Please take notice the following 42 U.S.C. § 1983 Civil Rights case is closely related to this action:

*McBreairty v. Brewer School Department, et al.,* Docket No. 1:24-cv-00053-LEW.

The case is related because all Defendants are the same, and both Plaintiff's and Mr. McBreairty's allegations stem from the same incident, same operative facts, and same occurrences. While the cases need not be consolidated for all purposes, it is likely that they will be consolidated at least for the purpose of discovery.

Dated: February 28, 2024.

/s/ Robert J. Morris
Robert J. Morris, II (ME Bar No. 010402)
HOUSER, LLP
400 TradeCenter, Suite 5900
Woburn, MA 01801
Tel: (339) 203-6498
Email: rmorris@houser-law.com

Respectfully Submitted,

Marc J. Randazza (*pro hac vice forthcoming*)
    *Lead Counsel*
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

*Attorneys for Plaintiff, H.W.*