# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| H.W., a minor, by and through her parent and next friend Phil Wells,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>　　　　Defendants. | Case No. 1:24-cv-00062-LEW<br><br>**CONSENT MOTION TO EXCUSE LOCAL COUNSEL** |

The undersigned is serving as local counsel for Marc J. Randazza, Esq., in this matter. As Attorney Randazza is lead counsel for Plaintiff, H.W., he will be solely responsible for the representation of H.W. at the upcoming hearing on Plaintiff's Motion for a Temporary Restraining Order and for a Preliminary Injunction. As such, undersigned counsel respectfully requests that this Court excuse local counsel from the hearing on March 14, 2024.

Dated: March 4, 2024.   　　　Respectfully Submitted,

　　　　　　　　　　　　　　　/s/ Robert J. Morris
　　　　　　　　　　　　　　　Robert J. Morris, II (ME Bar No. 010402)
　　　　　　　　　　　　　　　HOUSER, LLP
　　　　　　　　　　　　　　　400 TradeCenter, Suite 5900
　　　　　　　　　　　　　　　Woburn, MA 01801
　　　　　　　　　　　　　　　Tel: (339) 203-6498
　　　　　　　　　　　　　　　Email: rmorris@houser-law.com

　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　*H.W.*

RANDAZZA | LEGAL GROUP

Case No. 1:24-cv-00062-LEW

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of March, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert J. Morris
Robert J. Morris