UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| H.W., a minor, by and through her parent and next friend Phil Wells, | ) ) ) |
| Plaintiff | ) ) ) |
| vs. | ) )  CASE NO. 1:24-cv-00062-LEW |
| BREWER SCHOOL DEPARTMENT, et als, | ) ) ) ) |
| Defendants | ) |

## DECLARATION OF MICHELLE MACDONALD

Pursuant to 28 U.S.C. § 1746, I, Michelle MacDonald, declare under penalty of perjury as follows:

1. I am an English teacher at Brewer High School, and I make this declaration on the basis of my own personal knowledge.

2. To my knowledge, I have never met the student referred to in the Complaint in this matter as H.W. ("H.W.") and have no recollection of ever having spoken to H.W.

3. I do not know Phil Wells, who is identified in the Complaint in this matter as H.W.'s parent, and have never spoken to Phil Wells.

4. To my knowledge, I do not know anyone from the Wells family and have never spoken to anyone from the Wells family.

5. Although I do know the student referred to in the Complaint as C.G. and have spoken to C.G., the substantive portion of Paragraph 29 of the Complaint about a conversation that I had with C.G. is false.

1

6. In my conversation with C.G. about the petition, sometime in late January 2024, I never told C.G. that I "would have them charged with a hate crime if they continued to let students sign the petition," as the Complaint alleges; that is entirely inaccurate.

7. Rather, in that conversation, I informed C.G. in an effort at transparency that I felt I was obligated to inform the school administration about the petition.

8. I never stated in any way or even suggested to C.G. that C.G. would get in trouble in connection with the petition.

9. Similarly, a statement made in Paragraph 18 of the Declaration of H.W. that is attached to the Complaint, which repeats what is stated in Paragraph 29 of the Complaint, is also false.

10. Notably, although the Declaration of C.G. is also attached to the Complaint, C.G. did not make the same false allegation about me that was made in Paragraph 29 of the Complaint and Paragraph 18 of the Declaration of H.W.

11. I had no role in any decision made or action taken by the Brewer School Department in connection with the petition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: March 8, 2024                    /s/ Michelle MacDonald
                                           Michelle MacDonald