IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| H.W., a minor, by and through her parent and next friend Phil Wells,<br><br>      Plaintiff,<br><br>  v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>      Defendants. | Case No. 1:24-cv-00062-LEW<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE** |

    Plaintiff H.W., a minor, by and through her parent and next friend Phil Wells, responds to the Court's Order dated July 31, 2024 (ECF No. 33).

    As the Defendants have indicated that they no longer intend to prevent Plaintiff from participating in the petitioning activities which form the basis of Plaintiff's Motion, Plaintiff hereby withdraws her Motion for Preliminary Injunction (ECF No. 4) without prejudice to be renewed if such relief becomes needed.

Dated: August 9, 2024.

/s/ Robert J. Morris
Robert J. Morris, II (ME Bar No. 010402)
HOUSER, LLP
400 TradeCenter, Suite 5900
Woburn, MA 01801
Tel: (339) 203-6498
Email: rmorris@houser-law.com

Respectfully Submitted,

Marc J. Randazza (*pro hac vice*)
  *Lead Counsel*
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

Attorneys for Plaintiff,
H.W.

Case No. 1:24-cv-00062-LEW

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 9, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert J. Morris
Robert J. Morris