IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| H.W., a minor, by and through her parent and next friend Phil Wells,<br><br>Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00062-LEW<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Plaintiff filed this action to seek a remedy against the Defendants' interference in her ability to circulate a petition in her school. Since filing this action, however, Defendants have pledged that they will not interfere further with the petition being circulated. And, Plaintiff has now circulated the petition successfully without interference from school administration. Accordingly, Plaintiff has received the primary relief that she sought in this case and voluntarily dismisses this action without prejudice to refile should the school administration once again engage in unconstitutional interference.[1]

Dated: October 3, 2024.   Respectfully Submitted,

/s/ Robert J. Morris
Robert J. Morris, II (ME Bar No. 010402)
HOUSER, LLP
400 TradeCenter, Suite 5900
Woburn, MA 01801
Tel: (339) 203-6498
Email: rmorris@houser-law.com

Marc J. Randazza (*pro hac vice*)
  *Lead Counsel*
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

Attorneys for Plaintiff,
H.W.

---

[1] As the Defendants have filed answers in this action, to the extent necessary, Plaintiff H.W. requests dismissal without prejudice of this entire case pursuant Fed. R. Civ. P. 41(a)(2).

Case No. 1:24-cv-00062-LEW

## CERTIFICATE OF SERVICE

I hereby certify that, on October 3, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert J. Morris
Robert J. Morris

RANDAZZA | LEGAL GROUP

- 2 -
Notice of Voluntary Dismissal