# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| H.W., a minor, by and through her parent and next friend Phil Wells,<br><br>Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00062-LEW<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff H.W. and Defendants Brewer School Department, Gregg Palmer, Brent Slowikowski, and Michelle MacDonald stipulate to the voluntary dismissal of this action without prejudice, with each Party to bear their own attorneys' fees and costs.

Dated: October 11, 2024.                         Respectfully Submitted,

/s/ Robert J. Morris                                   /s/ Melissa A. Hewey
Robert J. Morris, II (ME Bar No. 010402)   Melissa A. Hewey
HOUSER, LLP                                            Jeana M. McCormick
400 TradeCenter, Suite 5900                       DRUMMOND WOODSUM
Woburn, MA 01801                                    84 Marginal Way, Ste. 600
Tel: (339) 203-6498                                    Portland, ME  04101
Email: rmorris@houser-law.com              (207) 772-1941
                                                                   mhewey@dwmlaw.com
Marc J. Randazza (*pro hac vice*)              jmccormick@dwmlaw.com
  Lead Counsel
RANDAZZA LEGAL GROUP, PLLC           /s/James B. Haddow
30 Western Avenue                                   James B. Haddow
Gloucester, MA 01930                               Scott D. Dolan
Tel: (888) 887-1776                                   PETRUCCELLI, MARTIN &HADDOW, L
Email: ecf@randazza.com                         Two Monument Sq., Suite 900
                                                                  P.O. Box 17555
Attorneys for Plaintiff,                                Portland, ME 04112
H.W.                                                           jhaddow@pmhlegal.com
                                                                  sdolan@pmhlegal.com

Case No. 1:24-cv-00062-LEW

## CERTIFICATE OF SERVICE

I hereby certify that, on October 11, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert J. Morris
Robert J. Morris